IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SOPHYA WODCHIS, a minor by and through her parents and natural guardians ALEX WODCHIS and EUGENIA RUBIS | : : : : | CIVIL ACTION |
| v. | : : | |
| TOTAL CHILDCARE SOLUTIONS INC. d/b/a RIGHT STEPS OF CHURCHVILLE | : : | NO. 11-4327 |

## ORDER

**AND NOW**, this 9th day of October, 2012, upon consideration of the Motion for New Trial Pursuant to F.R.C.P. 59 Submitted on Behalf of Plaintiff Sophya Wodchis, a Minor, By and Through Her Parents and Natural Guardians Alex Wodchis and Eugenia Rubis (Document No. 21), the defendant's response, and after oral argument, it is **ORDERED** that the motion is **DENIED**.

　　　　　　　　　　　　　　　　　　　　　　／s/Timothy J. Savage
　　　　　　　　　　　　　　　　　　　　　　TIMOTHY J. SAVAGE,  J.